PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

United States District Court
for the
District of Alaska

**FILED**
JAN 12 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA

v.                                    Case No.   F04-0019-CR (AHB)

Bradley A. Lane

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on December 5, 2005. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

*Toni M. Ostanik*

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this  12  day of  Jan , 20 06 .

Terrance W. Hall
U.S. Magistrate Judge